UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-12-3

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:14CR31 (RNC) |
| v. | VIOLATIONS: |
| EDWARD THOMAS,<br>also known as "Fire," | 18 U.S.C. Section 1594(c) (Conspiracy to Commit Sex Trafficking of a Minor) |
| and | 18 U.S.C. Section 1591(a) and (b) (Sex Trafficking of a Minor) |
| KAYLA WALTERS | 18 U.S.C. Section 2 (Aiding and Abetting) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Commit Sex Trafficking of a Minor)

1. At all times relevant to this Indictment, Minor Victim 1 ("MV-1"), a person whose identity is known to the Grand Jury, was under the age of 18 years.

2. During the course of the offenses described in this Indictment, the defendants EDWARD THOMAS, also known as "Fire," and KAYLA WALTERS, each had a reasonable opportunity to observe MV-1.

3. From in or about September 2012, and continuing through in or about August 2013, in the District of Connecticut and elsewhere, defendants EDWARD THOMAS and KAYLA WALTERS, in and affecting interstate commerce, knowingly conspired with each other and with persons known and unknown to the Grand Jury, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means MV-1, knowing and in reckless disregard of the fact

that MV-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c).

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO
(Sex Trafficking of a Minor)

4. The allegations contained in Paragraphs 1 and 2 are incorporated herein.

5. From in or about September 2012, and continuing through in or about August 2013, in the District of Connecticut and elsewhere, defendants EDWARD THOMAS and KAYLA WALTERS, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means MV-1, and aided and abetted others to do the same, knowing and in reckless disregard of the fact that MV-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c); and 2.

## COUNT THREE
(Sex Trafficking of a Minor)

6. At all times relevant to this Indictment, Minor Victim 2 ("MV-2"), a person whose identity is known to the Grand Jury, was under the age of 18 years.

7. During the course of the offenses described in this Indictment, defendant EDWARD THOMAS had a reasonable opportunity to observe MV-2.

8. From in or about September 2012, and continuing through in or about October 2012, in the District of Connecticut and elsewhere, defendant EDWARD THOMAS, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means MV-2, and aided and abetted others to do the same, knowing and in

reckless disregard of the fact that MV-2 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c); and 2.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY